IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WILLIAMS, and KAREN BURTON, (aka, K.M. BURTON, Notary Public) individually, and in her official capacity as a CALIFORNIA COMMISSION NOTARY PUBLIC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH M. CANNING, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS AN OFFICER OF THE COURT; SOL HOMES, A DOMESTIC LLC; DARE DELOREFICE INDIVIDUALLY; TREASURY BANK, ET AL., REPRESENTED BY ROBERT J. JACKSON & ASSOCIATES, INC.; ROBERT J. JACKSON & ASSOCIATES, INC., INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS AN OFFICER OF THE COURT, ANY SUCCESSORS IN INTEREST; AND DOES 1 THROUGH 1000,<br><br>　　　　　　Defendants. | 2:13-cv-00631-GEB-DAD<br><br>ORDER DENYING EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION[*] |

　　　　On April 1, 2013, Plaintiffs, proceeding in propria persona, filed an unnoticed ex parte motion for a temporary restraining order and a preliminary injunction. Since a preliminary injunction may be issued "only on notice to the adverse party," Fed. R. Civ. P. 56(a)(1), the

---

　　[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

portion of Plaintiffs' motion seeking a preliminary injunction is denied.

Further, Plaintiffs' conclusory statements in their request do not demonstrate that they have a probability of succeeding on the merits of their claims, or that they risk suffering irreparable harm if an injunction does not issue. A & M Records, Inc. v. Napster, Inc., 239 F.3d 1004, 1013 (9th Cir. 2001) (discussing injunction standard). Therefore, Plaintiffs' motion for a temporary restraining order (ECF No. 2) is denied.

Dated: April 2, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge